UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN TYLER COLBOURN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA COURTS, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0725 DB P<br><br><br>ORDER |

Plaintiff has requested the appointment of counsel.  (ECF No. 19).  Review of the motion indicates that he provides no arguments in support of this request.  (See generally id.).

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

In the present case, plaintiff has provided no arguments in support of his request for the appointment of counsel.  (See generally ECF No. 19).  Therefore, the court does not find the required exceptional circumstances, and plaintiff's request for the appointment of counsel will be denied.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
2  counsel (ECF No. 19) is DENIED.
3  Dated: June 16, 2020

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/colb0725.31