UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN TYLER COLBOURN, | No. 2:20-CV-0725 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA COURTS, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  (ECF No. 1).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a request for a temporary restraining order.  (ECF No. 29).  A review of the motion indicates that plaintiff seeks injunctive relief against individuals who are not named as defendants in this action.  (Compare ECF No. 1 at 1, 3 (defendants named in complaint), with ECF No. 29 at 1-2 (individuals named in temporary injunction motion)).  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969); Aleknagik Natives Ltd. v. Andrus, 648 F.2d 496, 506 (9th Cir. 1980) (citing Zenith Radio Corp.).

////

////

1

Accordingly, IT IS HEREBY ORDERED that a District Court Judge be randomly assigned to this action.

IT IS FURTHER RECOMMENDED that plaintiff's motion for a temporary restraining order, docketed July 9, 2020 (ECF No. 29), be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 14, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/colb0725.49a.of&r