UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN TYLER COLBOURN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COURTS, et al.,<br><br>Defendants. | No. 2:20-cv-0725 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2020, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (*See* ECF No. 33). Plaintiff has filed belated objections to the findings and recommendations, which despite their lateness the court has considered. (ECF No. 40.)

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

court. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 15, 2020 (ECF No. 33), are ADOPTED in full, and

2. Plaintiff's motion for a temporary restraining order, docketed July 9, 2020 (ECF No. 29), is DENIED.

DATED: October 15, 2020.

CHIEF UNITED STATES DISTRICT JUDGE